JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CV 19-1671-JFW(MAAx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ONE TP17G TABLET PRESS, et al., | |
| Defendant. | |

On March 7, 2019, the United States of America filed a Verified Complaint for Forfeiture alleging that the defendants, One TP17G Tablet Press and One ZP9 Rotary Tablet Press, were subject to forfeiture.

On July 8, 2020, a Default by Clerk was entered against Dalibor Kabov, Berry Kabov, Rachel Helm, Global Compounding Pharmacy, LLC, Anatomy Rx, LLC and all other potential claimants.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Verified Complaint for Forfeiture states a claim for relief.

3. Notice of this action has been given in the manner required by law. No valid appearances were made in this action by any claimant. The Court deems that all potential claimants, including Dalibor Kabov, Berry Kabov, Rachel Helm, Global Compounding Pharmacy, LLC, Anatomy Rx, LLC, admit the allegations of the Verified Complaint for Forfeiture to be true.

4. A default judgment shall be and hereby is entered against the interests of all potential claimants, including Dalibor Kabov, Berry Kabov, Rachel Helm, Global Compounding Pharmacy, LLC, Anatomy Rx, LLC, in the defendants, One TP17G Tablet Press and One ZP9 Rotary Tablet Press.

5. The defendants, One TP17G Tablet Press and One ZP9 Rotary Tablet Press, shall be and hereby are forfeited to the United States of America, which shall dispose of the defendants One TP17G Tablet Press and One ZP9 Rotary Tablet Press, in the manner required by law.

Dated: August 12, 2020

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE